# Court of Appeals
# of the State of Georgia

ATLANTA, February 27, 2018

*The Court of Appeals hereby passes the following order*

**A18I0120. MELISSA S. O'KEEFE v. JOSEF SIMEK.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

16A07685



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, February 27, 2018.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , Clerk.